USAO#2018R00737/JNM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
JUN 27 2019
AT 8:30
WILLIAM T. WALSH—M
CLERK

UNITED STATES OF AMERICA : Hon. Michael A. Shipp

v. : Criminal No. 19- 446

MARTIN D. FRIED : 21 U.S.C. § 846

# INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

### Count One
### (Attempt to distribute and possess with intent to distribute a controlled substance)

On or about July 20, 2018, in Ocean County, in the District of New Jersey, and elsewhere, defendant

MARTIN D. FRIED,

a licensed physician, did knowingly and intentionally attempt to distribute and dispense, outside the usual course of professional practice and not for a legitimate medical purpose, a quantity of a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

In violation of 21 U.S.C. § 846.

CRAIG CARPENITO
UNITED STATES ATTORNEY

CASE NUMBER: 19-446

United States District Court
District of New Jersey

**UNITED STATES OF AMERICA**

**v.**

**MARTIN D. FRIED**

INFORMATION FOR
21 U.S.C. § 846

CRAIG CARPENITO
UNITED STATES ATTORNEY, NEWARK, NEW JERSEY

JOSEPH N. MINISH
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2700