# UNITED STATES DISTRICT COURT
## For the District of New Jersey

UNITED STATES OF AMERICA : 

v. : Criminal Number: 19-446

MARTIN D. FRIED : **WAIVER OF INDICTMENT**

I, Martin D. Fried, the above-named defendant, is charged with: attempt to distribute and dispense, outside the usual course of professional practice and not for a legitimate medical purpose, a quantity of a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), in violation of 21 U.S.C. § 846 and being advised of the nature of the charge(s), the proposed Information, and my rights, hereby waive in open court on June 27, 2019 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Martin D. Fried
Defendant

_____
Matthew S. Adams, Esq.
Counsel for Defendant

Before: _____
Hon. Michael A. Shipp
United States District Judge