DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARTIN D. FRIED<br><br>Defendant(s). | Criminal No. 3:19-cr-00446-MAS<br><br>SENTENCING SUBMISSION NOTICE OF DEFENDANT |

Please be advised that, on this date, defendant MARTIN D. FRIED submitted sentencing materials to the Court in this case.

Date: October 11, 2019

By: /s/ Matthew S. Adams
Matthew S. Adams, Esq.